08-21691-CIV-UNGARO/SIMONTON

  

**MOORISH NATIONAL**

**THE CONTINENTAL UNITED STATES**

United States District Court
Southern District of Florida

FILED by JC D.C.
ELECTRONIC
June 13, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Noble Shaheed Akbar Allah EL : In propria persona
500 N.W. 2nd Ave.         sui juris
Miami, Florida 33136
U.S. Post Office
General Delivery

vs.

The City of Miami Beach      : Respondent
1700 Convention Center Drive
Miami Beach, Florida 33139

## Petition:

**Lawsuit for violation of rights. The right to industry, false arrest, false imprisonment and cruel treatment and slander.**

**Grounds for which relief can be granted on.**

(1).U.S. Constitution Amendment 9(1791) The enumeration in the constitution of certain rights shall not be construed to deny or disparage others retained by the people.

(2).U.S. Constitution amendment 4(1791) the right of the people to be secure in their persons, house, papers and effects, against unreasonable searches and seizures shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation and particular describing the place to be searched and the persons or things to be seized.

(3).State of Florida Constitution: Article(1) section(b)(1) Basic rights all natural persons female and male alike are equal before the law and have inalienable rights among which are the right to enjoy and defend life and liberty to pursue happiness to be rewarded for industry and to acquire, possess and protect,property,except that the ownership, inheritance, disposition and possession of real property by aliens ineligible for citizenship may be regulate or prohibited by law no person shall be deprived of any right because of race,religion,national origin or physical disability.

(4).The 1787 Moroccan treaty of peace and friendship and 1787. 1836 Barbary treaties of Tunis, Morocco, Algeria.

(5).The 1790 Sundry Free Moors Act.

(6).Principal 3 of the United Nations declaration of the rights of the child. Every child at birth has the right to a name and a nationality.

(7). File of the House of Representatives, resolution number 75 April 17, 1933 Moorish-American society and use of their names.

(8). United nations, universal declaration of human rights articles (1), (8), (9), (15), (17), and (23).

(9). The executive order 13107 implementation of human rights treaties.

(10). The foreign sovereign immunities act 28 U.S.C. 1601

(11). Moorish Zodiac Constitution article (4).

(12). United Nations: rights of indigenous people- international law.

**I Noble Shaheed A. Allah El, am a natural born aboriginal, Indigenous, divine being of the Moorish Nation. Affirm the following:**

**Plain statements of facts.**

**(1) On Thursday April 24, 2008 Allah El was expressing my right to industry,**

**Definition: of Industry, from Blacks Law's dictionary 3rd Edition 1891.(Industry) any department or branch of art, occupation, or business conducted as a means of livelihood or for profit; especially one which employs much labor and capital and is a distinct branch of trade. Chicago, R.I. & P.RY. Co v. state, 83 okl. 161,201. p 260 264; city of Rochester v. Rochester girls' home (sup.) 194 n.y.s. 236,237.**

**(2) While conducting industry on a public sidewalk on. Or about ocean drive and 11th streets. I was stopped by a Miami Beach police officer. He asked me did I have a permit. I replied no, I did not. The police then became rude and aggressive in his speech toward me. He then asked for my I.D., I gave it to him.**

**(3) I also made the police aware that I was exercising my right to Industry. That is guaranteed the United States constitution Amendment (9) and the state of Florida constitution article (1) section (b) (1).**

**Legal definition of right's "personal liberty or the right to enjoyment of life and liberty is one of the fundamental or natural rights which has been protected by it's inclusion as a guarantee in various constitutions, which is not derived from or dependent on the U.S. Constitution which may not be submitted to a vote and may not depend on the outcome**

of an election. It is one of the most sacred as the right to private property and is regarded as inalienable" 16 c.j.s. constitutional law sect. 202 p 287

(4) The police, officer then ran a background check. And then he placed me under arrest. I was never read my Miranda rights. At that time I Allah El, suffered, loss of freedom, monetary loss, rights violated and imprisonment because I exercised a fundamental right. This action that was taken by the Miami Beach police officer is a clear violation of the rights that are guaranteed by the U.S. Constitution and International law.

(5) Any action by a police officer, officer of the court, public servant of the government official to assert unlawful authority under the color of law will be construed as a direct and willful violation of our constitution and treaties protected rights and protected to the full extent of natural law. Title 28 U.S.C. 17469

Definition of (color of Law) black's law dictionary 3rd edition (1891) the appearance or semblance, without the substance, of legal right. McCain v. Des Moines 174, U.S. 168, 19 s. ct. 644,43 l. ed. 936, wilt v. bueter, 186 ind. 98,111 N.E. 926,929; Wright v. Phelps 89 v.t. 107,94. a. 294,295; state v. brechler 185 Wis. 599,202 N.W. 144,

The officer had no right to arrest me for what he stated as solicitation.

The Miami Beach police officer's delegation of authority is derived from the U.S. Constitution and The State of Florida Constitution.

**Florida Constitution article (3) section (5) (b) each state and county officer before entering upon the duties of the office, shall give bond as required by law. And shall swear or affirm: "I do solemnly swear (or affirm) that I will support, protect and defend the constitution and government of the united states and of the state of Florida; that I am dully qualified to hold office under the constitution of state; and that I will, well and faithfully perform the duties of (title of office) on which I am now about to enter, so help me God.**

**Miami Beach police officer charged me Noble Shaheed A. Allah El with violation of municipal ordinance. The officer sworn duty under oath is not up hold a municipal ordinance, but to defend and support the U.S. constitution and the state of Florida constitution.**

**Further more it must be stated that solicitation is define as in (Random house Webster dictionary of law copyright 2000) (solicitation; is defined as the crime of asking, advising encourage or ordering another person to commit a crime. The offense of offering to engage in sexual activity with a person for money or of attempting to entice a person to patronize a prostitute.**

**Black's law dictionary 3rd edition (1891) (solicitation) asking, enticing, urgent request. Any action which the relation of the parties justifies in construing into a serious request. (State v. Underwood, 79 or 338, 155 p. 194.)**

**It should also be stated in the arrest complain the officer police said the couple ask me for something. And also if I was solicitating. I would have to be a solicitor. Which defined as black's law dictionary 3rd edition (1891) solicitor: in English law a legal .practitioner in the court of chancery; the words "solicitor" and "attorney" are**

commonly. Used indiscriminately, although they are not precisely the same an attorney being a practitioner in courts of common law a solicitor a practitioner in the courts of equity most attorney's take out a certificate to practice in the courts of chancery and therefore. Become solicitors. Also, and on the other hand most if not all solicitors take out a certificate to practice in the courts of common law and therefore become attorneys also. Brown.

(7). I Allah El would like to site the following cases:

Hertado v. California 110 us 516, the U.S. supreme court states very plainly; "the state cannot diminish rights of the people."

Bennet v. Boggs 1 baldw 60. "Statutes that violate the plain and obvious principles of common right and common reason are null and void".

"The assertion of federal rights when plainly and reasonably made is not to be defeated under the name of local practice" Davis v. Wechsler, 263 us 22 at 24.

"The claim and exercise of a constitutional right cannot be converted into a crime". Miller v. us, 230 f 486 at 489

Conclusion

Noble Shaheed A. Allah El has provided many facts that my human and constitutional rights were violated by Miami Beach police on April 24, 2008. I also have provided many facts that my right to industry under the laws and treaties pertaining to aboriginal and indigenous Moorish Nationals should be respected by Miami Beach police and is not a crime.

## Remedy sought

**I Noble Shaheed A. Allah El seek a remedy of 7 million U.S. dollars for being denied the right to industry, false arrest, false imprisonment and cruel treatment and slander. Also I would like to see a through investing of the practices of the Miami Beach police Department.**

Respectfully filed;

Noble Shaheed A. Allah El

*[signature: Noble Shaheed A. Allah El]*

08-21691-CIV-UNGARO/SIMONTON

Case 1:08-cv-21691-UU Document 1 Entered on FLSD Docket 06/16/2008 Page 9 of 9

FILED by _____ JC ___ D.C.
ELECTRONIC
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases**

June 13, 2008

### I. (a) PLAINTIFFS
NOBLE SHAHEED A. ALLAH EL

**DEFENDANTS** THE CITY OF BEACH

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Dade / 08-21691-CIV-Ungaro/Simonton

Attorneys (If Known) STEVEN M. ROTHSTEIN

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | **IMMIGRATION** | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | |
| | | | ☐ 463 Habeas Corpus-Alien Detainee | |
| | | | ☐ 465 Other Immigration Actions | ☒ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Violation of constitutional rights

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 7 million

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: Noble Shaheed A. Allah El

DATE: 13 June 2008

FOR OFFICE USE ONLY

AMOUNT _____    RECEIPT # _____    IFP _____