UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21691-CIV-UNGARO

NOBEL SHAHEED AKBAR ALLAH EL,
      Plaintiff,

vs.

THE CITY OF MIAMI BEACH,
      Defendant.
_____/

### ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. The Court has considered Plaintiff's complaint and is otherwise fully advised in the premises.

With respect to proceedings *in forma pauperis*, 28 U.S.C. § 1915(e)(2) provides that a court "shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted." The standard for determining whether a complaint states a claim upon which relief may be granted is the same under 28 U.S.C. § 1915(e)(2)(B)(ii) and Fed. R. Civ. P. 12(b)(6). *See Mitchell v. Farcass*, 112 F.3d 1483, 1490 (11th Cir. 1997). Accordingly, the Court limits its consideration herein to the complaint and its exhibits, accepting their factual allegations as true. *See Grossman v. Nationsbank, N.A.*, 225 F.3d 1228, 1231 (11th Cir. 2000). Further, the Court notes that *pro se* pleadings are liberally construed and that the complaint may not be dismissed unless it appears beyond doubt that Plaintiff can prove no set of facts in support of his claims that would entitle him to relief. *See Boxer X v. Harris*, 437 F.3d 1107, 1110 (11th Cir. 2006); *Grossman*, at 1231-32.

After reviewing the complaint, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted. Although citing to several provisions of the Florida and United States Constitution, as well as several other international treaties and conventions, the

sum and substance of Plaintiff's complaint is that he was precluded from "exercising his right to industry" by a Miami Beach police officer. The laws of Florida and the United States do not recognize such a right. Thus Plaintiff's complaint fails to state a cause of action in this regard. *See, e.g, Holifield v. Reno*, 115 F.3d 1555, 1561-62 (11th. Cir. 1997) (outlining principles of discrimination claims). Therefore, the complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Accordingly, it is

ORDERED AND ADJUDGED that the complaint is hereby DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Nobel Shaheed Akbar Allah El, *pro se*