UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21691-CIV-UNGARO

NOBEL SHAHEED AKBAR ALLAH EL,
      Plaintiff,
vs.

THE CITY OF MIAMI BEACH,
      Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED. It is further

ORDERED AND ADJUDGED that all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE