# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov



January 09, 2009

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 08-16094-AA**
Case Style: Nobel Shaheed Akbar Allah El v. The City of Miami
District Court Number:  08-21691 CV-UU

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on <u>December 17, 2008</u>.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."  See 11th Cir. R. 42-2(e), 42-3(e).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

Encl.

DIS-2CIV (8-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                              FILED
                       U.S. COURT OF APPEALS
                         ELEVENTH CIRCUIT

                           JAN 0 9 2009

                         THOMAS K. KAHN
                              CLERK
```

No. 08-16094-AA

NOBEL SHAHEED AKBAR ALLAH EL,

                              Plaintiff-Appellant,

versus

THE CITY OF MIAMI BEACH,

                              Defendant-Appellee.

---

Appeal from the United States District Court
for the Southern District of Florida

---

**ENTRY OF DISMISSAL**

Pursuant to 11th Cir.R. 42-2c, this appeal is hereby dismissed for want of prosecution because the appellant has failed to file brief and record excerpts within the time fixed by the rules, effective this 9th day of January, 2009.

                              THOMAS K. KAHN
                    Clerk of the United States Court
                   of Appeals for the Eleventh Circuit

                              Shirley M. Brown
                              Deputy Clerk

                        FOR THE COURT - BY DIRECTION